IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                          CRIMINAL NO.   13-CR-30116-DRH

NICHOLAS J. PERJAK,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On May 31, 2016, this court entered an order for forfeiture against defendant Nicholas J. Perjak, for the following property which had been seized from the defendant:

**A Dell laptop computer, Model Precision, bearing serial number D85XXR1.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 8, 2016, and ending July 7, 2016, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(1) that no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the order for forfeiture filed on May 31, 2016, namely:

**A Dell laptop computer, Model Precision, bearing serial number D85XXR1.**

The property custodian for the Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.   The disposal may, at the discretion of the United States, include the destruction of the property.   The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.08.15
17:23:41 -05'00'

**United States District Judge**