**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-CR-30116-DWD |
| | ) | |
| NICHOLAS PERJAK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Nicholas Perjak's Motion for Early Termination of Supervised Release (Doc. 105).  Perjak plead guilty to attempt access with intent to view child pornography and access with intent to view child pornography. He was sentenced to a term of imprisonment of 60 months with 10 years supervised release.  Perjak was then released from imprisonment on October 13, 2020 and commenced his period of supervised release. On November 21, 2025, he filed the instant motion alleging generally that he has completed over 5 years of supervised release, that he has been compliant, maintained stable employment since 2022, and has not violated any conditions apart from traffic violations.

The Probation Department confirms that Perjak has not violated any conditions of supervised release, has completed appropriate sex offender treatment, has maintained employment and has good family support. The United States Attorney's

Office responded and does not object to Perjak's motion for early termination of supervised release. (Doc. 107)

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Perjak's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 105) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 24, 2026

DAVID W. DUGAN
United States District Judge